IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


NORA HARDING,

        Plaintiff,

   vs.

                                   Civil Action 2:11-CV-244
                                   Judge Sargus
                                   Magistrate Judge King

TRANSFORCE, INC., et al.,

        Defendants.


<u>ORDER</u>

On December 15, 2011, the United States Magistrate Judge recommended that the motion to remand, Doc. No. 19, be denied. *Report and Recommendation*, Doc. No. 29. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 29, is **ADOPTED and AFFIRMED**. The motion to remand, Doc. No. 19, is **DENIED**.


1-4-2012
_____
Date

                        _____
                           Edmund A. Sargus, Jr.
                    United States District Judge