IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NORA HARDING,

    Plaintiff,

 vs.                                       Civil Action 2:11-CV-244
                                            Judge Sargus
                                            Magistrate Judge King

TRANSFORCE, INC., et *al.*,

    Defendants.

### ORDER

    The undersigned will conduct a settlement conference in this case on June 19, 2012, beginning at 10:00 a.m.  Persons with negotiating authority must be personally present.

May 17, 2012                                          *s/Norah McCann King*
                                                    Norah McCann King
                                                    United States Magistrate Judge