UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

NORA HARDING,

    Plaintiff,

v.

TRANSFORCE, INC., et al.,

    Defendants.

Case No. 2:11-cv-244
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## OPINION AND ORDER

This matter is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 64), in which she asks this Court to reconsider its Order granting as unopposed Defendants' Motion to Compel. This Court prefers to decide issues on their merits, and therefore, shall permit Plaintiff to file her memorandum in opposition out of rule. Therefore, Plaintiff's motion is hereby **GRANTED**. The Clerk is **DIRECTED** to file Document Number 64 as Plaintiff's Memorandum in Opposition to Defendants' Motion to Compel (Doc. No. 62). The Court will in due course consider Defendants' Motion to Compel. (Doc. No. 62.)

**IT IS SO ORDERED.**

4-29-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE